ON PETITION FOR PANEL REHEARING
Aug. 11, 1999.
PER CURIAM:
Defendant-Appellant Michael Short asks for panel rehearing because our prior opinion did not specifically discuss his twelfth point of error.
Short’s twelfth point of error is that his indictment was insufficient as to Counts 1 and 2 because it failed to specify when the drug conspiracy and continuing criminal enterprise began. But Short raised this issue for the first time on appeal and does not assert specific prejudice or a miscarriage of justice resulting from the alleged defect in the indictment. Therefore, under a plain error standard of review, Short’s argument must fail.
Short’s Petition for Panel Rehearing is therefore DENIED.